# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 8/26/09**

In re:   Case No.:   09−13898 WIL     Chapter:   13

Michael L Byrd
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 49 – Amended Chapter 13 Plan.Amount of Payments per Month: $551.93,Number of Months:50, Filed by Michael L Byrd. (Robinson, Joy)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 9/10/09.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

                                    Mark D. Sammons, Clerk of Court
                                    by Deputy Clerk, S Rudolf 410−962−4425

cc:   Debtor(s)
      Attorney for Debtor(s) – Joy P. Robinson
      Trustee

Form defntc (01/06)