# Notice Recipients

District/Off: 0416–0         User: srudolf                 Date Created: 8/26/2009
Case: 09–13898              Form ID: defntc              Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Nancy L Spencer Grigsby        Grigsbyecf@ch13md.com
aty        Joy P. Robinson                jprlawfirm@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Michael L Byrd        8005 Dorado TER        Brandywine, MD 20613

TOTAL: 1