UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MICHAEL L BYRD § Case No. 09-13898
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janet M. Nesse, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Janet M. Nesse _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Senate Federal Credit Union |  |  |  |  |  |
| 8 | SUN TRUST MORTGAGE, INC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | SUNTRUST MORTGAGE,INC | | | | | |
| 10 | SunTrust Mortgage, Inc. | | | | | |
| 4 | The U.S. Senate Federal Credit Union | | | | | |
| 11 | Prince George"s County, Maryland | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet M. Nesse | | | | | |
| Janet M. Nesse | | | | | |
| MRSC Insurance Partners, LLC | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) (Page: 4)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | Comptroller of the Treasury | | | | | |
| 9 | Department of the Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13U | COMPTROLLER OF THE TREASURY | | | | | |
| 7 | CR Evergreen, LLC | | | | | |
| | Hampton Utility, LLC | | | | | |
| | Leroy & Marva Byrd | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | PRA Receivables Management, LLC | | | | | |
| | TSP Legal Processing Unit | | | | | |
| 1 | The U.S. Senate Federal Credit Union | | | | | |
| 2 | The U.S. Senate Federal Credit Union | | | | | |
| 3 | The U.S. Senate Federal Credit Union | | | | | |
| 12 | United States Senate Federal Credit Union | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-13898 | WIL | Judge: | Wendelin I. Lipp | Trustee Name: | Janet M. Nesse |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL L BYRD | | | | Date Filed (f) or Converted (c): | 07/17/10 (c) |
| | | | | | 341(a) Meeting Date: | 08/25/10 |
| For Period Ending: 05/01/12 | | | | | Claims Bar Date: | 04/21/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Amended Tax Refund | 7,430.00 | 6,019.94 | | 11,825.29 | FA |
| 2 | Tax Refund - 12/2007 (u) | 2,736.00 | 2,736.00 | | 2,736.00 | FA |
| 3 | Senate Cong. Federal Credit Union | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Senate Cong. Federal Credit Union | 1,250.00 | 625.00 | DA | 0.00 | FA |
| 5 | ING Direct | 100.32 | 50.16 | DA | 0.00 | FA |
| 6 | Bedroom Furniture and Furnishings | 250.00 | 125.00 | DA | 0.00 | FA |
| 7 | Household Furniture and Appliances including Electronics | 2,400.00 | 1,200.00 | DA | 0.00 | FA |
| 8 | Computer, Peripherals, Supplies and Desk | 200.00 | 100.00 | DA | 0.00 | FA |
| 9 | Outdoor furniture, grill and tools | 325.00 | 162.50 | DA | 0.00 | FA |
| 10 | Ping Pong Table | 25.00 | 12.50 | DA | 0.00 | FA |
| 11 | Clothing | 500.00 | 250.00 | DA | 0.00 | FA |
| 12 | Wedding Ring Watch Collection | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Life Insurance Policy Term Life No Cash Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Thrift Savings Plan | 65,154.11 | 65,154.11 | DA | 0.00 | FA |
| 15 | 2007 Dodge Tahoe | 22,725.00 | 20,555.51 | DA | 0.00 | FA |
| 16 | 8005 Dorado Terr, Brandywine, MD | 450,000.00 | 0.00 | DA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.80 | Unknown |

TOTALS (Excluding Unknown Values)         $554,595.43         $96,990.72         $14,563.09

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filing motion to reopen case to administer newly found assets.

RE PROP #     1     --     12/2008

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-13898 WIL | Judge: Wendelin I. Lipp | Trustee Name: | Janet M. Nesse |
| Case Name: | MICHAEL L BYRD | | Date Filed (f) or Converted (c): | 07/17/10 (c) |
| | | | 341(a) Meeting Date: | 08/25/10 |
| For Period Ending: 05/01/12 | | | Claims Bar Date: | 04/21/11 |

Initial Projected Date of Final Report (TFR):   06/30/11      Current Projected Date of Final Report (TFR):   / /

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No: 09-13898
Case Name: MICHAEL L BYRD
Taxpayer ID No: XX-XXX9256
For Period Ending: 05/01/12

Trustee Name: Janet M. Nesse
Bank Name: Union Bank
Account Number/CD#: XXXXXX5164 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/18/10 | 1 | United States Treasury<br>Austin, TX | Tax Refund - 12/2008 | 1224-000 | 11,825.29 | | 11,825.29 |
| 10/18/10 | 2 | United States Treasury<br>Austin, TX | Tax Refund - 12/2007 | 1224-000 | 2,736.00 | | 14,561.29 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 0.39 | | 14,561.68 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.65 | | 14,562.33 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.59 | | 14,562.92 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.17 | | 14,563.09 |
| 02/15/11 | 000101 | MRSC Insurance Partners, LLC<br>6190 Cochran Road<br>Suite E<br>Solon, OH 44139 | Acct No. Nesse-5, Policy No. 8215-38-69 | 2300-000 | | 16.10 | 14,546.99 |
| 08/08/11 | 000102 | JANET M. NESSE<br>1150 18th Street, NW<br>Suite 800<br>Washington DC 20036 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 2,206.31 | 12,340.68 |
| 08/08/11 | 000103 | JANET M. NESSE<br>1150 18th Street, NW<br>Suite 800<br>Washington DC 20036 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2200-000 | | 186.84 | 12,153.84 |
| 08/08/11 | 000104 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Office<br>Post Office Box 21126<br>Philadlephia, Pa. 19114 | (Final distribution to Claim 9, representing a Payment of 100.00% per court order.)<br>Taxpayer ID Number: 2466 | 5800-000 | | 27.82 | 12,126.02 |

Page Subtotals        14,563.09        2,437.07

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 09-13898
Case Name: MICHAEL L BYRD
Taxpayer ID No: XX-XXX9256
For Period Ending: 05/01/12

Trustee Name: Janet M. Nesse
Bank Name: Union Bank
Account Number/CD#: XXXXXX5164 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/11 | 000105 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | (Final distribution to Claim 13P, representing a Payment of 100.00% per court order.) | 5800-000 | | 2,164.00 | 9,962.02 |
| 08/08/11 | 000106 | The U.S. Senate Federal Credit Union<br>PO BOX 77920<br>WASHINGTON, DC 20013 | (Final distribution to Claim 1, representing a Payment of 40.56% per court order.)<br>Acct No. 10016159-50 | 7100-000 | | 140.81 | 9,821.21 |
| 08/08/11 | 000107 | The U.S. Senate Federal Credit Union<br>PO BOX 77920<br>WASHINGTON, DC 20013 | (Final distribution to Claim 2, representing a Payment of 40.56% per court order.)<br>Acct No. 90657-45 | 7100-000 | | 404.13 | 9,417.08 |
| 08/08/11 | 000108 | The U.S. Senate Federal Credit Union<br>PO BOX 77920<br>WASHINGTON, DC 20013 | (Final distribution to Claim 3, representing a Payment of 40.56% per court order.) | 7100-000 | | 4,844.36 | 4,572.72 |
| 08/08/11 | 000109 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 12914<br>Norfolk VA 23541 | (Final distribution to Claim 6, representing a Payment of 40.56% per court order.)<br>Acct No. 7163 | 7100-000 | | 965.13 | 3,607.59 |
| 08/08/11 | 000110 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (Final distribution to Claim 7, representing a Payment of 40.56% per court order.)<br>Acct No. 5602 | 7100-000 | | 3,536.60 | 70.99 |

Page Subtotals       0.00       12,055.03

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 09-13898
Case Name: MICHAEL L BYRD
Taxpayer ID No: XX-XXX9256
For Period Ending: 05/01/12

Trustee Name: Janet M. Nesse
Bank Name: Union Bank
Account Number/CD#: XXXXXX5164 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/11 | 000111 | United States Senate Federal Credit Union<br>2750 Eisenhower Avenue<br>Alexandria, VA 22314 | (Final distribution to Claim 12, representing a Payment of 40.57% per court order.)<br>Acct No. 0657 | 7100-000 | | 70.99 | 0.00 |
| 09/26/11 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 14.75 | -14.75 |
| 10/17/11 | | Union Bank | Account charged in error. | 2600-000 | | -14.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,563.09 | 14,563.09 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,563.09 | 14,563.09 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 14,563.09 | 14,563.09 | |

Page Subtotals       0.00       70.99

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 09-13898
Case Name: MICHAEL L BYRD
Taxpayer ID No: XX-XXX9256
For Period Ending: 05/01/12

Trustee Name: Janet M. Nesse
Bank Name: Union Bank
Account Number/CD#: XXXXXX5818 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/11 | | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Partial Return of Funds for Final Distribution | 5800-000 | | -306.38 | 306.38 |
| 01/05/12 | 001001 | The U.S. Senate Federal Credit Union<br>PO BOX 77920<br>WASHINGTON, DC 20013 | (Final distribution to Claim 2, representing a Payment of 1.25% per court order.)<br>Acct No. 90657-45 | 7100-000 | | 12.43 | 293.95 |
| 01/05/12 | 001002 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (Final distribution to Claim 7, representing a Payment of 1.25% per court order.)<br>Acct No. 5602 | 7100-000 | | 108.77 | 185.18 |
| 01/05/12 | 001003 | The U.S. Senate Federal Credit Union<br>PO BOX 77920<br>WASHINGTON, DC 20013 | (Final distribution to Claim 3, representing a Payment of 1.25% per court order.) | 7100-000 | | 148.99 | 36.19 |
| 01/05/12 | 001004 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 12914<br>Norfolk VA 23541 | (Final distribution to Claim 6, representing a Payment of 1.25% per court order.)<br>Acct No. 7163 | 7100-000 | | 29.69 | 6.50 |
| 01/05/12 | 001005 | Clerk, U.S. Bankruptcy Court<br>6500 Cherrywood Lane<br>Ste 300<br>Greenbelt, MD 20770 | | | | 6.50 | 0.00 |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution          (4.34) | 7100-000 | | | |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution          (2.16) | 7100-000 | | | |

Page Subtotals          0.00          0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 09-13898
Case Name: MICHAEL L BYRD
Taxpayer ID No: XX-XXX9256
For Period Ending: 05/01/12

Trustee Name: Janet M. Nesse
Bank Name: Union Bank
Account Number/CD#: XXXXXX5818 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors | 0.00 | 0.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS |  |  |  |
| Checking Account - XXXXXX5164 | 14,563.09 | 14,563.09 | 0.00 |
| Checking Account - XXXXXX5818 | 0.00 | 0.00 | 0.00 |
|  | 14,563.09 | 14,563.09 | 0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:       0.00
Total Net Deposits:          14,563.09
Total Gross Receipts:        14,563.09

Page Subtotals          0.00          0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*