PART A
FORM 4
**Distribution Report for Closed Asset Cases**

Case No.: **09-13898**  Trustee Name: **Janet M. Nesse**
Case Name: **BYRD, MICHAEL L**  Date: **05/01/2012**

Date Filed / Converted to Ch. 7: **7/17/2010 (c)**

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| GROSS RECEIPTS | $14,563.09 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
|    Exemptions | $0.00 | 0.00% |
|    Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$14,563.09** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $2,206.31 | $2,206.31 | 15.15% |
|   Trustee Expenses | $186.84 | $186.84 | 1.28% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $16.10 | $16.10 | 0.11% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $2,409.25 | $2,409.25 | 16.54% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2) | | | |
|     (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATION 507(a)(1)(A) & (B) | $0.00 | $0.00 | 0.00% |
| WAGES 507 (a)(4) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS 507(a)(8) | $1,885.44 | $1,885.44 | 12.95% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims 507(a)(1)(A) & (B), to 507(a)(3), to 507 (a)(10)** | **$1,885.44** | **$1,885.44** | **12.95%** |
| **GENERAL UNSECURED CLAIMS** | **$24,560.36** | **$10,268.40** | **70.51%** |
| **TOTAL DISBURSEMENTS** | **$28,855.05** | **$14,563.09** | **100.00%** |

PART B  FORM 4
**Distribution Report for Closed Asset Cases**

Case No.: **09-13898**  Trustee Name: **Janet M. Nesse**
Case Name: **BYRD, MICHAEL L**  Date: **05/01/2012**

Date Filed / Converted to Ch. 7: **7/17/2010 (c)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2) | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |